# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    )
                                          )        **Chapter** 7
**Anita Y. Williams,**                    )
                                          )        **Bankruptcy Case No. 17 B 07491**
                    **Debtor(s).**        )        **Honorable Donald R. Cassling**
                                          )
                                          )
                                          )

## ORDER ON REAFFIRMATION AGREEMENT

On June 2, 2017, a reaffirmation agreement between the debtor(s) **Anita Y. Williams**

and creditor **Exeter Finance Corp.,** docket entry **no. 13** was filed with the Court.  IT IS

HEREBY ORDERED that:

     X     The court does not disapprove the reaffirmation agreement under
             11 U.S.C. § 524(m).

     ☐     The court disapproves the reaffirmation agreement under
             11 U.S.C. § 524(m).

     ☐     The court does not approve the reaffirmation agreement.

**Dated:**                              **ENTERED:**

    **June 5, 2017**                    *Donald R. Cassling*

                               **Honorable Donald R. Cassling**
                               **United States Bankruptcy Judge**